**Janet Altschuler, P.C.**
Attorney at Law
4711 North First Avenue
Tucson, Arizona 85718
Telephone (520) 408-1122
j.altschuler06@comcast.net
State Bar No.014310
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>ADALBERTO SONOQUI,<br><br>　　　　　　　　Defendant. | Case No. CR 09-0284-TUC-RCC (CRP)<br><br>**MOTION TO CONTINUE TRIAL AND RELATED DEADLINES** |

　　　　It is expected that excludable delay under Title 18, United States Code, Section §3161 (h)(1)(F) will occur as result of this motion or an order based thereon.

　　　　Adalberto Sonoqui, through undersigned counsel, respectfully requests that this Court continue the upcoming trial date, as well as the related deadlines, for a period of no less than sixty (60) days. This request for a continuance is made for the following reasons:

1.　　The parties are not ready to proceed to trial on the current trial date and need additional time to prepare. This case has previously been declared complex. Specifically, each Defendant has been offered a plea within the last two weeks. Counsel needs additional time to review the plea with her client.

2.　　Assistant United States Attorney Angela Woolridge is agreement.

3.　　Counsel for all Co-Defendants, on behalf of their respective clients, have been contacted. All are in agreement with this request with the exception of Mr. Michael L. Brown. Unsigned counsel was unable to reach Mr. Brown before filing this Motion.

1 | RESPECTFULLY SUBMITTED this 23rd day of December, 2009.

Janet Altschuler, P.C.

*/s/ Janet Altschuler*
Janet Altschuler
Attorney for Defendant

Original e-filed and a copy of the foregoing emailed this 23rd day of December, 2009, to:

SERA TSETHLIKAI
Assistant U.S. Attorney

All co-counsel